## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DWAYNE SUMNER,** | § § § | |
| Plaintiff | § § | |
| vs. | § § | NO. 07-410-FJP-DLD |
| **COMPASS GROUP USA, INC.,** | § § § | |
| Defendant. | § § § § | |

### ORDER

Motion having been made on behalf of Defendant Compass Group USA, Inc. for Alison Jacobs Gates to appear in the above-styled action *pro hac vice* pursuant to Local Rule 83.2.6M, the necessary fee having been paid, the appropriate Affidavit having been filed, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion for Admission *Pro Hac Vice* be **GRANTED**.

**THUS**, **IT IS HEREBY ORDERED** that Alison Jacobs Gates is admitted to practice in this matter before the Court pursuant to Local Rule 83.2.6M, as the necessary fee has been paid, the appropriate affidavit has been filed, and the certificate of good standing is attached to the affidavit.

Signed in Baton Rouge, Louisiana, on December 20, 2007.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**